

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00252-CV

**WISESTAFF, LLC**,
Appellant

v.

**MEDTRUST, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI09614
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: June 22, 2022

APPEAL DISMISSED

On June 10, 2022, appellant filed an unopposed "Motion to Withdraw Appeal," stating it no longer wished to prosecute its appeal at this time. We grant the motion and dismiss this appeal.

PER CURIAM